**No. 68851.**—John A. Steer Company v. United States, protest 63/20304 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of voltmeters and similar meters or parts thereof similar in all material respects to those the subject of *United States* v. *G. L. Electronics. Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.